# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

Filed Electronically

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| P & P CONSTRUCTION, INC. | : <br> : <br> : |
| Defendant. | :    Civil Action No. 7:17-140-KKC <br> : <br> : <br> : <br> : |

## **JUDGMENT**

Pursuant to and in accordance with the Court's Memorandum Opinion and Order entered on January 2, 2019 (DN 35),

IT IS ORDERED AND ADJUDGED:

That judgment is hereby entered in favor of AIG Property Casualty Company against P&P Construction, Inc., in the amount of $292,222, plus prejudgment interest of $29,878 which has accrued from May 4, 2017 through January 16, 2019, plus additional prejudgment interest accruing at $48.04 per day up to and including the date of entry of this judgment.

This judgment shall also include post-judgment interest from the date of entry of this judgment, calculated in accordance with 28 U.S.C. 1961.

This is a final and appealable judgment and there is no just reason for delay.